# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SIDNEY CLAYTON PARISH**                                        **PLAINTIFF**

**V.**                            **NO. 4:20CV01066 JM-PSH**

**SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris and the filed objections. In his objections, Plaintiff argues that there is overwhelming evidence of a disability. The Court disagrees. There is some evidence in the record that Plaintiff suffered from a disability due to back, leg, and right knee pain. However, the Court's standard of review at this point is not whether some evidence of disability exists. The Court must determine whether there is substantial evidence to support the ALJ's decision to deny benefits. I have reviewed the entire record and find that there is substantial evidence in the record to support the ALJ's decision.

After careful consideration of the Recommendation and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Defendant.

DATED this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE