**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SIDNEY CLAYTON PARISH**                                  **PLAINTIFF**

**V.**                          **NO. 4:20CV01066 JM-PSH**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE