# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SIDNEY CLAYTON PARISH**                                                                 **PLAINTIFF**

V.                              No. 4:20-CV-01066-JM

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

In accordance with the instructions outlined in the Judgment (Doc. 23) and Mandate (Doc. 24) issued by the Eighth Circuit Court of Appeals in this case, the Court hereby remands this matter for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE