IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIDNEY CLAYTON PARISH**                                                                 **PLAINTIFF**

V.                                   No. 4:20-CV-01066-JM

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, this claim is remanded for further administrative proceedings. This is a "sentence four" remand. 42 U.S.C. § 405(g).

DATED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE